WALLACE BOOKER V. THE STATE.

No. 20112. Delivered January 25, 1939.

The opinion states the case.

*Shelburne H. Glover,* of Jefferson, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offence is assault with intent to murder; the punishment, confinement in the penitentiary for two years.

The transcript shows that appellant was sentenced but fails to show a judgment of conviction. In the absence of such judgment this court is without jurisdiction.

The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.